JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAR MCFARLANE, | Case No. 2:23-cv-04746-RGK-JCx |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| DRYBAR HOLDINGS LLC, ET AL., | |
| Defendant(s). | |

On October 18, 2023, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC"), which ordered Plaintiff to respond in writing on or before November 7, 2023. Alternatively, defendant Drybar Holdings, LLC could file its answer to the complaint by October 24, 2023 or Plaintiff could request entry of default as to defendant Drybar Holdings, LLC on or before November 7, 2023. On October 30, 2023, Plaintiff filed a request to correct the complaint, which the Court denied in favor of the filing of a proper motion requesting leave to file an amended complaint. To date, no response to the OSC or motion for leave to amend the complaint have been filed. Accordingly, and as no other defendants remain, this action is dismissed for Plaintiff's lack of prosecution without prejudice.

**IT IS SO ORDERED.**

Dated: 11/8/2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE